**UNITED STATES of America, Plaintiff—Appellee,**

v.

**John Daniel CHILDERS, Defendant— Appellant.**

No. 03–10079.

D.C. No. CR–02–00622–EHC.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 10, 2003.*

Decided Nov. 14, 2003.

Howard D. Sukenic, U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Donald W. MacPherson, MacPherson & McCarville, Phoenix, AZ, for Defendant–Appellant.

Before KOZINSKI, SILVERMAN and TALLMAN, Circuit Judges.

MEMORANDUM**

John Daniel Childers appeals his guilty-plea conviction and 70–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). Pursuant to *Anders v. California,* 386 U.S. 738,

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Childers' counsel has filed a brief stating that he finds no meritorious issues for review, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED** and, in light of the valid appeal waiver in the plea agreement, the appeal is **DISMISSED.**